UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 09-656-01 |
| Plaintiff, | **ORDER** |
| v. | |
| GORDON D. MCDONALD | |
| Defendant. | |

Pursuant to the reasons placed on the record at the September 5, 2013 Motion Hearing/Pretrial Conference;

Omnibus motion [Docket Entry #119], Motion in Limine by USA [Docket Entry #127] and Motion in Limine by Defendant [Docket Entry # 128] are hereby withdrawn without prejudice. Counsel has reserved the right to renew specified motions as necessary during the course of trial.

SUSAN D. WIGENTON
U.S.D.J