# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __U.S.M.J. C. L. Waldor__ |
| v. | Criminal NO.: __09-656-2-SDW__ |
| John A. Bennett | DATE OF PROCEEDINGS: __11/17/14`__ |
| | DATE OF ARREST: __NA__ |

PROCEEDINGS: ___Initial___

(✓) COMPLAINT / Indictment
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  __ AFPD  __ CJA
( ) WAIVER OF HRG.:  __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(✓) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.           DATE: _____
( ) DETENTION / BAIL HRG.                DATE: _____
( ) TRIAL:  __ COURT  __ JURY            DATE: _____
( ) SENTENCING                           DATE: _____
( ) OTHER: _____        DATE: _____

APPEARANCES:

AUSA _____Helen Christodoulou_____

DEFT. COUNSEL __Richard Albert / Eric Ruben__

PROBATION _____

INTERPRETER _____NA_____
    1. Language: (   NA   )

Time Commenced: __2:54 pm__
Time Terminated: __2:56 pm__
CD No: __ECR__

_____Tim Gorman_____
DEPUTY CLERK