

**U.S. Department of Justice**

Antitrust Division

*New York Office*

26 Federal Plaza          212/335-8035
Room 3630
New York, New York 10278-0004   FAX 212/335-8023

September 15, 2015

<u>BY ECF and E-MAIL (PDF)</u>
The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

        Re: <u>United States v. John A. Bennett</u>, No. 09 Cr. 656 (SDW)

Dear Judge Wigenton:

    This letter is in response to defense counsel's September 15, 2015 letter to Your Honor requesting a second adjournment of the motion calendar. The Government does not object to the defendant's proposed schedule. However, to clarify, the forthcoming discoverable materials are in the possession of a third party, Bennett Environmental Inc. ("BEI"). At the request of defense counsel, the Government has been diligently working to obtain the production of additional electronic materials from third parties, including BEI, in response to the defendant's broad request for electronic materials in the possession of those third parties. We expect a production of materials from BEI consistent with the defendant's proposed schedule:

        Pretrial Motions Due: October 23, 2015
        Opposition Due: November 13, 2015
        Reply Due: November 23, 2015
        Argument: To be set by the Court

                        Respectfully,

                        Helen Christodoulou
                        Daniel Tracer
                        Mikhail Vanyo
                        Trial Attorneys
                        Antitrust Division

CC: Richard Albert (counsel for John Bennett)