

**U.S. Department of Justice**

Antitrust Division

*New York Office*

*26 Federal Plaza*  *212/335-8035*
*Room 3630*
*New York, New York 10278-0004*  *FAX 212/335-8023*

September 15, 2015

BY ECF and E-MAIL (PDF)
The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

Re: United States v. John A. Bennett, No. 09 Cr. 656 (SDW)

Dear Judge Wigenton:

    This letter is in response to defense counsel's September 15, 2015 letter to Your Honor requesting a second adjournment of the motion calendar. The Government does not object to the defendant's proposed schedule. However, to clarify, the forthcoming discoverable materials are in the possession of a third party, Bennett Environmental Inc. ("BEI"). At the request of defense counsel, the Government has been diligently working to obtain the production of additional electronic materials from third parties, including BEI, in response to the defendant's broad request for electronic materials in the possession of those third parties. We expect a production of materials from BEI consistent with the defendant's proposed schedule:

    Pretrial Motions Due: October 23, 2015
    Opposition Due: November 13, 2015
    Reply Due: November 23, 2015
    Argument: To be set by the Court

Respectfully,

Helen Christodoulou
Daniel Tracer
Mikhail Vanyo
Trial Attorneys
Antitrust Division

*So Ordered.* [signature] USDJ 9/16/15

CC: Richard Albert (counsel for John Bennett)

1