# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9445
jmermelstein@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

January 20, 2016

**BY FAX (973-776-7865)**

The Honorable Cathy L. Waldor
United States Magistrate Judge
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: United States v. John Bennett, No. 09 Cr. 656 (SDW)

Dear Judge Waldor:

  On behalf of our client John Bennett, we write to request a modification to his bail conditions as set forth below. We have discussed this request with the government, and with Pretrial Services, and both have consented to the requested modification.

  Mr. Bennett intends to relocate on January 23, 2016, to the District of New Jersey in order to attend court conferences and the upcoming trial commencing in February. In order to facilitate that trip, I am informed by Barbara Hutchinson of the New Jersey Pretrial Services Office that Mr. Bennett's GPS ankle-monitoring device, which was attached by the Pretrial Services Office of the Central District of California, is not compatible with the monitoring systems used by the New Jersey Pretrial Services Office. As a result, Mr. Bennett will need to have his ankle monitoring device removed prior to leaving California, and a similar device put on by the District of New Jersey. We ask the Court to authorize Pretrial Services to temporarily remove his GPS monitoring device for this purpose.

The Honorable Cathy L. Waldor
January 20, 2016
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

Jacob Mermelstein

cc: Helen Christodoulou, Esq. (by email)
Mikhail Vanyo, Esq. (by email)
Daniel Tracer, Esq. (by email)
Ms. Barbara Hutchinson, Pretrial Services Officer (by email)
Ms. Brenda Orantes, Pretrial Services Officer (by email)

SO ORDERED

s/Cathy L. Waldor
Cathy L. Waldor, U.S.M.J.

Date: 1/21/16